IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANDREW THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>JARED PEATROSS et al.,<br><br>    Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:18-CV-275-DB<br><br>District Judge Dee Benson |

  In an Order dated May 16, 2018, the Court required Plaintiff to within thirty days file an inmate account statement. To date, Plaintiff has not complied.

  IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

            BY THE COURT:

            /s/ Dee Benson
            _____
            JUDGE DEE BENSON
            United States District Court